UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 01 2003

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>NOEL NUNEZ-CEDANO, aka Richard,<br><br>Defendant - Appellant. | No. 03-10000<br><br>D.C. No. CR-01-00095-SOM-01<br>District of Hawaii, Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 05 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG - 1 2003

by: _____
Deputy Clerk

S:\MOATT\Clrkords\07.03\nw\03-10000v.wpd

```
INTERNAL USE ONLY: Proceedings include all events.
03-10000 USA v. Nunez-Cedano

UNITED STATES OF AMERICA              Chris A. Thomas
      Plaintiff - Appellee            FAX 808/541-2958
                                      808-541-2850
                                      Rm 6100
                                      [COR LD NTC aus]
                                      OFFICE OF THE U.S. ATTORNEY
                                      300 Ala Moana Blvd.
                                      Honolulu, HI 96850

    v.

NOEL NUNEZ-CEDANO, aka Richard         Mark R. Zenger, Esq.
      Defendant - Appellant            808-632-0723
                                       [COR LD NTC cja]
                                       P.O. Box 3966
                                       Lihue, HI 96766
```